UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JACOB ISAAC VAUPEN,

      Plaintiff,

  -against-                                   14 Civ. 6359 (CM)(KNF)

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

------------------------------------------------------------x

## ORDER

McMahon, J.:

    The time for filing objections to the report and recommendation of The Hon. Kevin Nathaniel Fox, U.S.M.J., having expired, and no objections having been received from either party, and the Court having reviewed this matter, it is hereby

    ORDERED that the Report of the learned Magistrate Judge be and hereby is adopted as the opinion of the Court, and it is further

    ORDERED that Plaintiff's counsel shall have judgment for the sum of $18,561.95 in attorney's fees, and it is further

    ORDERED that said judgment shall be paid to the Clerk of Court, who shall hold it until Plaintiff's counsel has returned to Plaintiff the sum of $5,700 in Equal Access to Justice Act fees.

Dated: May 25, 2017

                                                            Chief Judge

BY ECF TO ALL COUNSEL

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/2017